**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

GEORGE NATHENSEN,

    Plaintiff,

v.

Case No. 5:24-cv-300-TJC-PRL

BILLY WOODS, as Sheriff, Marion County, Fl, in his official capacity and NEIL ROSACI, Marion County Deputy Sheriff, in his individual capacity,

    Defendants.

## O R D E R

Upon review of the Notice of Voluntary Dismissal, Doc. 5, filed on August 6, 2024, this case is **DISMISSED with prejudice**. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 30th day of August, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record